UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA L. TREES,

       Plaintiff,                                      Case Number 15-13993

v.                                                        Honorable David M. Lawson

PFIZER INC., PFIZER INTERNATIONAL,
LLC, GREENSTONE, LLC, and MEIJER, INC.,

       Defendants.

_____/

## ORDER GRANTING RENEWED MOTION TO STAY BY DEFENDANTS PFIZER INC., PFIZER INTERNATIONAL LLC, AND GREENSTONE LLC AND MOTION TO STAY CASE MANAGEMENT ACTIVITY BY PLAINTIFF

This matter is before the Court on the defendants' motion to stay by defendants Pfizer Inc., Pfizer International LLC, and Greenstone LLC and the plaintiff's motion to stay case management activity. The defendants moved this Court to stay this action pending the decision of the Judicial Panel on Multidistrict Litigation as to whether this action should be transferred to MDL No. 2502, *In re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation (No. II)*. The Judicial Panel filed a conditional transfer order [CTO-68] on November 23, 2015, and the plaintiff filed an opposition to transfer on November 27, 2015. The Judicial Panel set a briefing schedule for the plaintiff's motion to vacate the conditional transfer order, which will be fully submitted on January 4, 2016. Additionally, the plaintiff moved this Court to stay all case management activity in this case, in part, because the Judicial Panel's decision whether to transfer this case will determine which court is the proper court for this action. The Court has reviewed the parties' motions and finds that the case should be stayed for forty-five days.

Accordingly, it is **ORDERED** that proceedings in this matter are **STAYED** until **January 24, 2016**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated:   December 10, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 10, 2015.

                                    s/Susan Pinkowski
                                    SUSAN PINKOWSKI